# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-09-00563-CV

**Christopher Milam, Appellant**

v.

**Peter Morton; PM Realty, LLC; Hard Rock Hotel, Inc.; and
HR Condominium Investors (Vegas), Appellees**

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
NO. D-1-GN-09-002342, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Christopher Milam has filed an unopposed motion to dismiss this appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed: November 6, 2009